IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GLENN | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1225 |
| LT. DODD, ET AL. | § | |

## ORDER GRANTING RELIEF FROM JUDGMENT

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge (Dkt. #96), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the motion to reinstate the case (Dkt. #95), construed as a motion for relief from the judgment, is **GRANTED**, and the Order of Dismissal (Dkt. #92) and Final Judgment (Dkt. #93) are **VACATED**.

So **ORDERED** and **SIGNED** September 25, 2018.

_____
Ron Clark, Senior District Judge